IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HEATHER LEE, A MINOR, BY AND THROUGH
HER NEXT FRIEND AND MOTHER, EVA LEE                               PLAINTIFF

-VS-                                                    CIVIL ACTION NO.  4:04cv 197LN

DAIMLER CHRYSLER CORPORATION,
and COSCO, INC.,                                                           DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS matter is before the Court on the motion *ore tenus* of the parties for dismissal of this civil action with prejudice.  The Court, being advised that these parties have reached a compromise and have settled, finds that the motion is well-taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED that this civil action be and the same is hereby, dismissed with prejudice, with each party to bear its own costs.

ORDERED AND ADJUDGED this the 1st day of November, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

/s/Ralph Chapman
*Attorney for Plaintiffs*,
Eva Lee and Robert Lee,
Individually and on behalf of Heather Lee

/s/William C. Hammack
*Attorney for Defendant,*
Daimler Chrysler Corporation

/s/Jennifer A. Rogers
*Attorney for Defendants,*
Dorel Juvenile Group, Inc., Dorel Industries, Inc.
and Cosco, Inc.